## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| YAIR JACKOBY, | 3:11-cv-00307-LRH-(WGC) |
| | C/A #: 12-16917 |
| Plaintiff/Appellant, | |
| | ORDER ON MANDATE |
| vs. | |
| GEICO GENERAL INSURANCE COMPANY, | |
| Defendant/Appellee. | |

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on February 5, 2015, issued its mandate reversing and remanding the judgment of the District Court, and the court being fully advised in the premises,

NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this court.

IT IS FURTHER ORDERED that the parties shall submit to the court a joint proposed pretrial order pursuant to Local Rules 16-3 and 16-4 within thirty (30) days of the entry of this order.

DATED this 24th day of April, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE