UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| YAIR JACKOBY, | 3:11-cv-00307-LRH-WGC |
| Plaintiff, | **MINUTES OF PROCEEDINGS** |
| vs. | December 21, 2015 |
| GEICO GENERAL INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   Katie Lynn Ogden          REPORTER:          FTR

COUNSEL FOR PLAINTIFF:   Robert Jensen

COUNSEL FOR DEFENDANTS:   Jack Angaran (Telephonically)

**MINUTES OF PROCEEDINGS: Discovery Status Conference**

1:37 p.m.  Court convenes.

The court and parties discuss the Stipulated Request for Extension of Expert Disclosure Deadlines (Second Request) (ECF No. 57).[1]  Counsel represent that recent additional medical treatment may have a bearing on the possible damages this case presents, including the possibility of requiring an independent medical examination.

After hearing from counsel, the court agrees an extension of time is warranted.  The court establishes the following revised deadlines:

- Close of Discovery:         Friday, April 29, 2016;

- Disclosure of Experts::     Friday, February 26, 2016;

---

[1] The court notes that this is actually the *third* request for an extension of time.  The first extension of time request is filed at ECF No. 53.  The second extension of time request is filed at ECF No. 55.

Minutes of Proceedings
3:11-cv-00307-LRH-WGC
December 21, 2015

- Disclosure of Rebuttal Experts: Friday, March 18, 2016;

- Dispositive Motion(s): Friday, May 27, 2016; and

- The proposed Joint Pretrial Order will be due on Friday, June 24 ,2016. However, in the event dispositive motions are pending on that date, the deadline for filing the joint pretrial order shall be suspended until thirty (30) days after decision of the dispositive motions or further order of the court.

Counsel are cautioned that it would be unlikely that the court would approve any further extension of the deadlines established at today's discovery status conference.

Before adjourning, the court advises counsel that if it becomes necessary to inquire about dates for a court assisted settlement conference they should contact the courtroom deputy Katie Lynn Ogden.

There being no additional matters to address at this time, court adjourns at 1:59 p.m.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
Katie Lynn Ogden, Deputy Clerk