1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                         DISTRICT OF NEVADA
8

9  YAIR JACKOBY,

10                 Plaintiff,                   Case No.: 3:11-CV-00307-LRH-WGC

11       vs.                                    (Removed from Second Judicial District

12  GEICO GENERAL INSURANCE                     Court, Washoe County, State of Nevada,
    COMPANY, a Maryland Insurance Company,
13                                              Case No.: CV11-00931)

                   Defendants.
14

15

16                                              **<u>STIPULATION AND ORDER FOR
                                                DISMISSAL WITH PREJUDICE</u>**
17
        IT IS HEREBY STIPULATED by and between the parties to the above-entitled action,
18
   through their undersigned counsel of record, that the above-entitled action, including the
19
   Complaint and all claims pled or which could have been pled by plaintiff, Yair Jackoby, may be
20
   dismissed with prejudice, the parties to bear their own costs and attorneys' fees.
21
        *The undersigned do hereby affirm that, pursuant to NRS 239B.030, the preceding*
22
   *document, does not contain the social security number of any person.*
23
   Dated this ____ day of _____, 2016    Dated this _15th_ day of _February_, 2016
24
   GALLOWAY & JENSEN                           GEORGESON ANGARAN, CHTD.
25

26 By: _____         By: _____
       ROBERT R. JENSEN, ESQ., SBN 2558            JACK G. ANGARAN, ESQ., SBN 711
27     Attorneys for Plaintiff, Yair Jackoby       Attorney for Defendant, GEICO
                                                   GENERAL INSURANCE COMPANY
28

- 1 -

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the foregoing Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED that the above-entitled action, including the Complaint and all claims pled or which could have been pled by Plaintiff YAIR JACKOBY, be and the same hereby are, dismissed with prejudice, said dismissal to constitute a retraxit, the parties to bear their own costs and attorneys' fees.

DATED this 19th day of February, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

- 2 -